# CARGO LOSS & DAMAGE CLAIM

 **CENTRAL TRANSPORT**

**SEND OR FAX CLAIM TO:**

CENTRAL TRANSPORT®
ATTN: CLAIMS DEPARTMENT
12225 STEPHENS ROAD
WARREN, MI 48089
FAX: (586) 467-0103

**CLAIM FILED BY**     DATE: Nov 30, 2010

| | |
|---|---|
| CLAIMANT: | Hi-Tec Art LLC |
| ADDRESS: | 1035 Collier Center Way #3 |
| CITY: Naples | ST: FL  POSTAL CODE: 34110 |
| CONTACT PERSON: Cliff Smith | PHONE #: 2394315670 |
| FAX #: 8669363097 | EMAIL: Cliff@Hi-TecArt.com |
| CLAIMANT'S REFERENCE NUMBER: | 121-8730455-0 |

**TYPE OF CLAIM (CHECK ONE)**
- [ ] Complete Shortage
- [ ] Partial Shortage
- [X] Noted Damage
- [ ] Other, Explain
- [ ] Damage and Shortage

**SHIPMENT FOR WHICH CLAIM IS BEING FILED**

| | |
|---|---|
| SHIPPER'S NAME: Hi-Tec Art LLC | CONSIGNEE'S NAME: Camelot SI, LLC c/o Ingram Micro Log |
| ORIGIN: Naples, FL 34110 | DESTINATION: Millington, TN 38053 |
| BILL OF LADING NO.: BG15970110  B/L DATE: 11-2-10 | DATE OF DELIVERY: 11-30-10 |
| | PRO #: 121-8730455-0 |

**DETAILED DESCRIPTION OF MATERIAL BEING CLAIMED**

| NUMBER OF PIECES | DESCRIPTION OF MATERIAL | UNIT COST | AMOUNT OF CLAIM |
|---|---|---|---|
| 210 | LED Chess/Checkers | 39.97 | 8,393.70 |
| 78 | LED USA Map | 74.99 | 5,849.22 |
| 168 | LED Art Pad | 39.97 | 6,714.96 |
| | | TOTAL | 20,957.88 |

Please refer to our **CTII 100 RulesTariff** for any limitation of liability. Certain commodities in the NMFC may also carry reduced liability limits. All claims must be filed within 9 months unless further restrictions apply.

**FOR PROMPT SERVICE, PLEASE PROVIDE THE NECESSARY DOCUMENTATION:**

> **EVIDENCE OF PAID FREIGHT CHARGES:**
> All freight charges associated with the shipment in question must be paid prior to any claim filing.

> **VERIFICATION OF COST:**
> SHIPPER: Documentation of original cost
> CONSIGNEE: Copy of invoice for shipment

> **INSPECTION:**
> Damage Claims over $500 require joint inspection. A copy of the inspection must be presented with claim presentation. Your local Central Transport terminal can be contacted for inspection arrangements.

> **PROOF OF LOSS:**
> IF DELIVERED: Copy of Delivery Receipt
> IF NOT DELIVERED: Copy of Bill of Lading

**Claimant's Signature:** [signed]

-DEPARTMENT USE ONLY-

1) _____  4) _____  7) _____
2) _____  5) _____  8) _____
3) _____  6) _____  9) _____

Claim status may be obtained at www.centraltransportint.com and should be available 30 days from file date.


PLAINTIFF'S EXHIBIT F